**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Charlie Lee Gragg** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Knoxville TVA Employees Credit Union**<br><br>Description of property securing debt: **2007 Chevrolet Tahoe 158,400 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Knoxville TVA Employees Credit Union**<br><br>Description of property securing debt: **2014 Toyota Avalon 51,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Charlie Lee Gragg**                                              Case number *(if known)*  _____

| Lessor's name: | **Charter Communications** | ■ No |
| --- | --- | --- |
| | | ☐ Yes |
| Description of leased Property: | **Television/Internet Contract** | |
| Lessor's name: | **Comcast** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Television/Internet Contract** | |
| Lessor's name: | **Gold Star Fitness** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Fitness Membership Contract** | |

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Charlie Lee Gragg**                                        Case number (*if known*) _____

---

<span style="background:black;color:white">Part 3:</span>    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X    **/s/ Charlie Lee Gragg**                                 X _____

  **Charlie Lee Gragg**                                          Signature of Debtor 2
  Signature of Debtor 1

  Date    **May 13, 2019**                                       Date _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Charlie Lee Gragg** _____     Case No. _____

                                Debtor(s)     Chapter    **7** _____

## CERTIFICATE OF SERVICE

     I hereby certify that on May17, 2019, the foregoing Statement of Intention was filed electronically. Notice of this filing and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All parties may access this filing through the Court's electronic filing system.

     The following parties will be served by United States Postal Service first class mail, postage prepaid:

**Charter Communications**
**4670 East Fulton, Suite 102**
**Ada, MI 49301**

**Comcast**
**1794 Old Gray Station Road**
**Gray, TN 37615**

**Gold Star Fitness**
**2008 American Way**
**Kingsport, TN 37660**

**Knoxville TVA Employees Credit Union**
**Attn: Glenn W Siler**
**President & CEO**
**301 Wall Avenue**
**Knoxville, TN 37902**

**Knoxville TVA Employees Credit Union**
**Attn: Glenn W Siler**
**President & CEO**
**301 Wall Avenue**
**Knoxville, TN 37902**

_/s/ Mark Albert S kelton_ _____

**Mark Albert Skelton**
**Law Office of Mark A. Skelton**
**121 South Depot Street**
**Rogersville, TN 37857**
**423-272-4812Fax:423-272-0712**
**markskelton@markskelton.com**
**BPR #010610 - Tennessee**